**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Engen Nurumbi, | No. CV-19-00055-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Presto Auto Loans Incorporated, | |
| Defendant. | |

On January 4, 2019, Plaintiff filed a pro se Complaint alleging violations of the Truth in Lending Act and Consumer Financial Protection Act of 2010 (Doc. 1). In his Motion to Allow Electronic Filing (Doc. 6), Plaintiff states that he is representing himself and is able to comply with all of the requirements for electronic filing. He has attached the required registration form. The Court, in its discretion, will grant the Motion to Allow Electronic Filing (Doc. 6) **in this case only**. Furthermore, Plaintiff is still required to submit a clear, legible **paper** copy of every pleading or document filed, for use by the Court. *See* LRCiv 5.4.

For good cause shown,

**IT IS ORDERED** that Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney (Doc. 6) is **granted in this case only**. Plaintiff has already submitted the required registration form. Plaintiff is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing

Administrative Policies and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case-related transmissions, be able to electronically transmit documents to the Court in .pdf format, register as a subscriber to PACER (Public Access to Electronic Records) within **5 days** of the date of this Order, and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002. **Any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to Plaintiff**.

Dated this 4th day of February, 2019.

Honorable Eileen S. Willett
United States Magistrate Judge